# Exhibit A

NO.:_____

| | | |
|---|---|---|
| **WALKER'S SODA SHOP** | § § § § § § § § § § | IN THE DISTRICT COURT |
| **VS.** | | MADISON COUNTY, TEXAS |
| **ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY** | | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

**COMES NOW, WALKER'S SODA SHOP**, hereinafter called Plaintiff and files suit against **ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**, hereinafter called Defendant and would show unto the Court and jury the following:

I.

The Plaintiff intends to pursue this matter pursuant to a Level 1 Discovery Control Plan.

II.

Plaintiff, **WALKER'S SODA SHOP**, is a privately held entity conducting business in Madisonville, Madison County, Texas.

Defendant, **ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**, is an insurance company conducting business in the State of Texas and may be served with process by serving its registered agent, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

III.

Venue is proper and permissive in Madison County, Texas pursuant to §15.002, §15.032 and §15.038 of the Texas Civil Practice & Remedies Code.

IV.

### REQUEST FOR DISCLOSURE

Plaintiff includes within these pleadings a demand for disclosure and/or a disclosure request as provided for by Rule 194 of the Texas Rules of Civil Procedure. Defendant is requested to disclose within fifty (50) days of this request, the information and material described in Rule 194.2 of the Texas Rules of Civil Procedure.

V.

### RULE 197.3 NOTICE

In accordance with Rule 193.7 of the Texas Rules of Civil Procedure, the Plaintiff hereby serves notice to all parties that the Plaintiff reserve the right to use any documents and/or materials produced by any Defendant at any pre-trial proceeding or trial on the merits.

VI.

### FACTUAL BACKGROUND

Plaintiff, **WALKER'S SODA SHOP**, would show unto the Court and jury that a policy was issued by Defendant, **ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY** covering the building where the Plaintiff conducts its business operations in Madison County, Texas. The subject policy number is ACP BPFC7244183460. In April of 2014, the building where **WALKER'S SODA SHOP** conducts its business sustained damage. A dispute has arisen over the extent of the damage to the building which serves

as the basis of the Plaintiff's lawsuit.

## VII.

## BREACH OF CONTRACT

The Plaintiff brings suit against the Defendant for breach of contract. In this regard, the Plaintiff would show that the subject insurance policy constitutes a binding contract that at all times material hereto was in full force and effect with all premiums paid. A dispute has arisen between the Plaintiff and Defendant regarding the extent of the damage to the building where **WALKER'S SODA SHOP** conducts its business operations, constituting a breach of the insurance contract and a proximate cause of the Plaintiff's damages.

## VIII.

## INSURANCE CODE VIOLATIONS

### A.  Unfair Methods of Competition and Unfair or Deceptive Acts and Practices

The Plaintiff brings suit against Defendant, **ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**, pursuant to Chapter 541 of the Texas Insurance Code. In particular and at the very least, §541.051(1)(A)&(B), §541.060, §541.061 and §541.151.

### B.  Processing and Settlement of Claims

The Plaintiff further brings suit pursuant to §542 of the Texas Insurance Code, commonly referred to as the Unfair Claim Settlement Practices Act, including §542.003 and other pertinent provisions of §542, including subchapter B, known as the Prompt Payment of Claims Act.

## IX.

In accordance with Rule 47 of the Texas Rules of Civil Procedure, Plaintiff hereby stipulates that it will not seek whether by settlement or judgment monetary

damages that exceed $75,000.00, exclusive of interest and cost.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that the Defendant be cited in terms of law to appear and answer herein; and that upon final trial or hearing hereof, judgment be rendered against Defendant; that Plaintiff have pre-judgment and post-judgment interest at the legal rate; that Plaintiff have and recover it's costs of court in this behalf expended; and that Plaintiff have such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled, and in duty bound will ever pray.

**PLAINTIFF DEMANDS A TRIAL BY JURY IN THIS CAUSE.**

Respectfully submitted,

ROGER KNIGHT, JR., INC.
ATTORNEY AT LAW
P. O. BOX 925
MADISONVILLE, TEXAS 77864
(936) 348-3543
(936) 348-5433 (FAX)

BY: _____
KEVIN R. KNIGHT - 11601400
ATTORNEY FOR PLAINTIFF

CAUSE NUMBER (FOR CLERK USE ONLY): _____  COURT (FOR CLERK USE ONLY): _____

STYLED: WALKER'S SODA SHOP VS. ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>KEVIN R. KNIGHT | Email:<br>pkeefer@knightfirm.com | Plaintiff(s)/Petitioner(s):<br>WALKER'S SODA SHOP | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br>P. O. Box 925<br>City/State/Zip:<br>Madisonville, TX, 77864<br>Signature:<br>*Kevin R. Knight* | Telephone:<br>936-3487-3543<br>Fax:<br>936-348-5433<br>State Bar No:<br>11601400 | Defendant(s)/Respondent(s):<br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY<br>[Attach additional page as necessary to list all parties] | Additional Parties in Child Support Case:<br>Custodial Parent:<br>_____<br>Non-Custodial Parent:<br>_____<br>Presumed Father:<br>_____ |

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☒ Other Debt/Contract:<br>Breach of Contract<br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: _____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br>_____<br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>List Product: _____<br>☐ Other Injury or Damage: _____ | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: _____<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: _____ | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: _____ |

| Employment | Other Civil | |
|---|---|---|
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: _____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court ☐ Declaratory Judgment ☐ Prejudgment Remedy
☐ Arbitration-related ☐ Garnishment ☐ Protective Order
☐ Attachment ☐ Interpleader ☐ Receiver
☐ Bill of Review ☐ License ☐ Sequestration
☐ Certiorari ☐ Mandamus ☐ Temporary Restraining Order/Injunction
☐ Class Action ☐ Post-judgment ☐ Turnover

## 4. Indicate damages sought (do not select if it is a family law case):

☒ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13