# Exhibit C

Walkers Cafe
2014-013-4-30

Bell Tex Estimate wt Tax, O&H on units

page 1 of 18

The following described work on Walkers Cafe will effect the use of the dining and kitchen areas. Walkers cafe will continue to operate their normal business hours. This work will be carried out after normal business hours.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| B | 5 | City of Madisonville permit | | 1 | | $400.00 | $400.00 | $400.00 |
| A | 2 | Remove and reset roof sheets after test | | | | | | |
| A | | Remove and reset Galvanized Metal Cap & Parapet Flashing 16+12 x 5 | | | | | | |
| | a | Remove and reinstall Curb Flashing | | 47 lf | $9.00 | $423.00 | $8.47 | $398.09 | $821.09 |
| | b | Remove and reinstall Deck Flashing | | 27 lf | $2.00 | $54.00 | $1.12 | $30.24 | $84.24 |
| | | | | | | | | 905.33 |
| | | NOTE: Per Engineers request this inspection has not | | | | | 8.25%sales tax | | $74.69 |
| | | been completed. The unknown variables would lead to | | | | | | | $980.02 |
| | | a supplement for unknown repairs at this time. | | | | | | 10%OH | $98.00 |
| | | See page 10 last paragraph of Structural assessment 5/30/14 | | | | | | | $1,078.02 |
| | | | | | | | | 10%P | $107.80 |
| | | | | | | | | | $1,185.82 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A | 3 | Detach and reset roof panels 3' x 26' and 29' long | | | | | | |
| | a | Remove and replace Metal Roofing -ribbed-24 ga | | 165 sf | $1.70 | $280.50 | $2.20 | $363.00 | $643.50 |
| | b | Remove and replace metal roof jack | | 1 | $22.00 | $22.00 | $30.00 | $30.00 | $52.00 |
| | | | | | | | | | 695.5 |
| | | | | | | | 8.25%sales tax | | $57.38 |
| | | | | | | | | | $752.88 |
| | | | | | | | | 10%OH | $75.29 |
| | | | | | | | | | $828.17 |
| | | | | | | | | 10%P | $82.82 |
| | | | | | | | | | $910.98 |

page 2 of 18

| A | 4 | | | | | |
|---|---|---|---|---|---|---|
| | a | Heavy Tarp to Cover metal roof for inspection | | | | |
| | | Tarp all Purpose poly 20x30 | 600 sf | $0.81 | $486.00 | $486.00 |
| | b | Temporary Repairs-General Labor-after hrs | 6 hrs | $41.81 | $250.86 | $250.86 |
| | | | | | | 736.86 |
| | | | | 8.25% sales tax | | $60.79 |
| | | | | | | $797.65 |
| | | | | | 10%OH | $79.77 |
| | | | | | | $877.42 |
| | | | | | 10%P | $87.74 |
| | | | | | | **$965.16** |

| | | | Description | Qty | Unit | Rate | | Amount |
|---|---|---|---|---|---|---|---|---|
| C | 6 | | **Install shoring inside dining area** | | | | | |
| C | | a | Remove contents in dining and kitchen areas | | | | | |
| | | | Manipulation of contents after hrs | 4 hrs | | | $27.84 | $111.36 |
| C | 7 | | Set up scaffolding to install dust Curtain in dining and kitchen | | | | | |
| | | a | Scaffolding Setup & take down 2 after/hrs each | 2 hr | | | $27.84 | $55.68 |
| | | b | Scaffold-per section 5x5@2 | 2 per w | $48.00 | | | $96.00 |
| C | 8 | | Build Dust curtain in dining and kitchen area | | | | | |
| | | a | Protect contents poly 12+10x13 | 286 sf | $0.13 | $37.18 | $1.30 | $371.80 |
| | | b | Striping and screws | 20 lf | $1.00 | $20.00 | $1.00 | $20.00 |
| | | c | Temporary Repairs–General Labor-after hrs | 7 hrs | | | $41.81 | $292.67 |
| C | 9 | | Detach and reset ceiling tiles to allow shoring | | | | | |
| | | a | Remove and reinstall Tin Ceiling Panel | 96 sf | | $3,809.61 | $2.00 | $192.00 |
| | | | NOTE: Tin ceiling tiles will be replaced with new tiles created for this project. | | | | | $4,001.61 |
| | | | NOTE: Tin ceiling tiles are nailed to existing wood stripping. | | | | | |
| C | 10 | | Remove and replace Insulation above ceiling tiles | | | | | |
| | | a | Remove and replace Insulation | 80 sf | $1.20 | $96.00 | $1.85 | $148.00 |
| C | 11 | | Install and remove shoring of ceiling joist | | | | | |
| | | a | Install 6 - 2x4 plates 12' | 72 lf | $2.06 | $148.32 | $0.00 | $0.00 |
| | | b | Install 2x4-14' studs 16" on Center | 24 pcs | $28.84 | $692.16 | $0.00 | $0.00 |
| | | c | Install 2-2x6 headers @ 2 locations | 4 pcs | $13.68 | $54.72 | | |
| | | d | Carpenter After hrs | 7 hrs | | | $27.84 | $194.88 |
| | | e | Labor After hrs | 7 hrs | | | $27.84 | $194.88 |
| | | | | | | | | $6,535.26 |
| | | | | | | 8.25%sales tax | | $539.16 |
| | | | | | | | | $7,074.42 |
| | | | | | | | 10%OH | $707.44 |
| | | | | | | | | $7,781.86 |
| | | | | | | | 10%P | $778.19 |
| | | | | | | | | **$8,560.05** |

page 4 of 18

| C | # | Description | Qnty | type unit | Material | unit | Labor | unit | subtotal |
|---|---|---|---|---|---|---|---|---|---|
|   |   | **Clean work area after ceiling and insulation installation (after hours)** | | | | | | | |
|   | a | Clean bar contents after shoring installed | 12 | lf | $1.50 | $18.00 | $4.25 | $51.00 | $69.00 |
|   |   | Clean bar contents after shoring removed | 12 | lf | $1.50 | $18.00 | $4.25 | $51.00 | $69.00 |
|   | b | Labor to clean after shoring installed | 4 | hrs | $7.97 | $31.88 | $20.00 | $80.00 | $111.88 |
|   |   | Labor to clean after shoring removed | 4 | hrs | $7.97 | $31.88 | $20.00 | $80.00 | $111.88 |
|   | c | HEPA Vacuuming after shoring installed | 4 | hrs | $42.84 | $171.36 | $20.00 | $80.00 | $251.36 |
|   |   | HEPA Vacuuming after shoring removed | 4 | hrs | $42.84 | $171.36 | $20.00 | $80.00 | $251.36 |
|   |   | | | | | | | | $864.48 |
|   |   | | | | | | 8.25% sales tax | | $71.32 |
|   |   | | | | | | | | $935.80 |
|   |   | | | | | | | 10%OH | $93.58 |
|   |   | | | | | | | | $1,029.38 |
|   |   | | | | | | | 10%P | $102.94 |
|   |   | | | | | | | | **$1,132.32** |

| item | # | Description | Qnty | type unit | Material | unit | Labor | unit | subtotal |
|---|---|---|---|---|---|---|---|---|---|
| C |   | **Paint Dining/Kitchen ceiling** | | | | | | | |
|   | a | Ceiling tiles 25x78.66 @ 13' AFF | 1966.5 | sf | $0.50 | $983.25 | $1.50 | $2,949.75 | $3,933.00 |
|   | b | Manipulation of contents after hrs | | | | | | | |
|   |   | 2 labors 8hrs | 16 | hrs | $27.84 | | $27.84 | $445.44 | $445.44 |
|   | c | Temporary storage 8x40 | 1 | wk | $245.00 | $245.00 | | | $245.00 |
|   | d | Scaffolding Setup & take down | 2 | hr | | | $27.84 | $55.68 | $55.68 |
|   | e | Scaffold-per section 5x5@2 | 2 | per w | $48.00 | $96.00 | | | $96.00 |
|   |   | | | | | | | | $4,775.12 |
|   |   | | | | | | 8.25% sales tax | | $393.95 |
|   |   | | | | | | | | $5,169.07 |
|   |   | | | | | | | 10%OH | $516.91 |
|   |   | | | | | | | | $5,685.97 |
|   |   | | | | | | | 10%P | $568.60 |
|   |   | | | | | | | | **$6,254.57** |

NOTE: Cleaning of ceiling tiles is not included may have to supplement.

page 5 of 18

| C | # | Clean work area after painting ceiling | | | | | |
|---|---|---|---|---|---|---|---|
| | a | Clean bar contents | 76 lf | $1.50 | $114.00 | $4.25 | $323.00 | $437.00 |
| | b | Labor to clean 3 labors 6 hrs each | 18 hrs | $7.97 | $143.46 | $20.00 | $360.00 | $503.46 |
| | c | HEPA Vacuuming | 6 hrs | $42.84 | $257.04 | $0.00 | $0.00 | $257.04 |
| | | | | | | | | $1,197.50 |
| | | | | | | 8.25% sales tax | | $98.79 |
| | | | | | | | | $1,296.29 |
| | | | | | | | 10% OH | $129.63 |
| | | | | | | | | $1,425.92 |
| | | | | | | | 10% P | $142.59 |
| | | | | | | | | **$1,568.52** |

| D | | Canopy | | | | | |
|---|---|---|---|---|---|---|---|
| D | # | Remove temporary walls on sidewalk under canopy | | | | | |
| | a | Carpenter | 6 hrs | | | $25.00 | $150.00 | $150.00 |
| | b | Labor | 6 hrs | | | $15.00 | $90.00 | $90.00 |
| | | | | | | | | $240.00 |
| | | | | | | 8.25% sales tax | | $19.80 |
| | | | | | | | | $259.80 |
| | | | | | | | 10% OH | $25.98 |
| | | | | | | | | $285.78 |
| | | | | | | | 10% P | $28.58 |
| | | | | | | | | **$314.36** |

| D | # | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | a | Detach and reset 4' Fluorescent light fixture under canopy | | | | | | |
| | | Remove and reinstall Fluorescent light fixture | 1 | $6.00 | $6.00 | $33.00 | $33.00 | $39.00 |
| | | | | | | | | $39.00 |
| | | | | | | 8.25% sales tax | | $3.22 |
| | | | | | | | | $42.22 |
| | | | | | | | 10%OH | $4.22 |
| | | | | | | | | $46.44 |
| | | | | | | | 10%P | $4.64 |
| | | | | | | | | $51.08 |

| D | # | Detach, reset and repair Canopy | | | | | | |
|---|---|---|---|---|---|---|---|---|
| D | 17 a | Detach and reset steel awning 8x27 | 18 hr | $12.00 | $216.00 | $66.00 | $1,188.00 | $1,404.00 |
| | b | Paint underside of awning | 216 sf | $0.50 | $108.00 | $0.75 | $162.00 | $270.00 |
| | | Remove and reset East two 36" wide Panel Roof and Soffit to expose Canopy Framing | | | | | | |
| | c | Remove and reinstall Metal Roofing | 48 sf | $1.40 | $67.20 | $5.00 | $240.00 | $307.20 |
| | d | Remove and reinstall Metal Soffit | 48 sf | $1.50 | $72.00 | $5.00 | $240.00 | $312.00 |
| | | | | | | | | $2,293.20 |
| | | | | | | 8.25% sales tax | | $189.19 |
| | | | | | | | | $2,482.39 |
| | | | | | | | 10%OH | $248.24 |
| | | | | | | | | $2,730.63 |
| | | | | | | | 10%P | $273.06 |
| | | | | | | | | **$3,003.69** |

| | | Masonry | | | | |
|---|---|---|---|---|---|---|
| E | 18 | Set up scaffolding for work to remove brick after canopy sheets are removed | | | | |
| | | Scaffolding Setup & take down | 4 hr | $45.00 | $180.00 | $180.00 |
| E | 19 | Scaffold-per section 5x5 | 4 per w | $48.00 | $192.00 | $192.00 |
| | | Remove and replace 5' of Wythe solid brick wall from the top of the steel lintel | | | | |
| | 19 a | Remove and reinstall 3 layers of brick5x8'9"x3 | 415 sf | $15.04 $6,241.60 | $15.00 $6,225.00 | $12,466.60 |
| | 19 a | Saw cut brick (Tooth) 3-Wythe brick joint | 8.66 lf | $5.00 $43.30 | $25.00 $216.50 | $259.80 |
| | 19 b | Engineer shall verify in field the extent of distress to the brick facade prior to issuance of repair documents | | | | |
| | 19 c | Install joint reinforcing with 9 ga. 130 truss-tri-mesh @ every 4th course as manufactured by Hohmann & Barnard | | | | |
| | | or approved equal. Construct to match existing | 40 lf | $4.00 $160.00 | $2.00 $80.00 | $240.00 |
| | 19 d | Install 4 - 3/4" round x 10" long bolts with 3" x 3" x 1/4" thick flat washer and nuts into new wall | | | | |
| | | 3/4"x10"bolts wt 3" x 3" x 1/4" washer/nuts | 4 units | $10.00 $40.00 | $20.00 $80.00 | $120.00 |
| | | | | | | $13,458.40 |
| | | | | 8.25%sales tax | | $1,110.32 |
| | | | | | | $14,568.72 |
| | | | | | 10%OH | $1,456.87 |
| | | | | | | $16,025.59 |
| | | | | | 10%P | $1,602.56 |
| | | | | | | $17,628.15 |

NOTE: Page 10 last paragraph of Structural Assessment dated 5/30/14. "CRA can verify conditions and extent of distress of the solid brick wall above Walkers Cafe". This may change the repair recommendations and a supplement may be required.

| E | | Masonry | | | | | |
|---|---|---|---|---|---|---|---|
| E | 20 | Labor hours to clean work areas Daily | | | | | |
| | a | Clean bar contents | 76 lf | $1.50 | $114.00 | $4.25 | $323.00 | $437.00 |
| | b | Labor to clean | 8 hrs | $7.97 | $63.76 | $20.00 | $160.00 | $223.76 |
| | c | HEPA Vacuuming | 4 hrs | $42.84 | $171.36 | $20.00 | $80.00 | $251.36 |
| | | | | | | | | $912.12 |
| | | | | | | | | $75.25 |
| | | | | | 8.25% sales tax | | | $987.37 |
| | | | | | | | | $98.74 |
| | | | | | | | 10%OH | $1,086.11 |
| | | | | | | | | $108.61 |
| | | | | | | | 10%P | $1,194.72 |

| F | | Construction | | | | | | |
|---|---|---|---|---|---|---|---|---|
| F | # | Install Shear Panel per Detail 3 | | | | | | |
| | 21 a | Install solid 4x6 blocking trimmed to fit between existing rafters, nail 10D @ 6" O.C. into Blocking thru existing decking | | | | | | |
| | | 4x6-12 @2 | 24 lf | $23.89 | $573.36 | $40.00 | $960.00 | $1,533.36 |
| | 21 b | Install 4 x 4 x 8'-6" minimum top and bottom as shown with Simpson 2 - LTT20B with 4 - 3/4" thru-bolt at brick wall and 2 | | | | | | |
| | | 4x4x10 | 2 pcs | $11.75 | $23.50 | $40.00 | $80.00 | $103.50 |
| | | LTT20B | 2 units | $20.00 | $40.00 | $20.00 | $40.00 | $80.00 |
| | | 1/2"x 10" round thru bolts, nuts & washers | 4 unit | $10.00 | $40.00 | $5.00 | $20.00 | $60.00 |
| | | 3/4" x 18" thru-bolt, nut and washers | 2 units | $16.00 | $32.00 | $20.00 | $40.00 | $72.00 |
| | 21 c | Install Simpson TP35 - 2 per block w/ 3 -NB EA member alternate sides | | | | | | |
| | | Simpson TP35 | 8 units | $4.00 | $32.00 | $20.00 | $160.00 | $192.00 |
| | 21 d | Install 10D @ 6' O.C. into Blocking | 8 units | $2.00 | $16.00 | $20.00 | $160.00 | $176.00 |
| | 21 f | Install 2x4 EA. side of existing Diagonal 9x8 | 72 lf | $2.06 | $148.32 | $5.00 | $360.00 | $508.32 |
| | 21 g | Install H3 clips Top and Bottom of 2x4 to new 4x4 | 10 units | $5.00 | $50.00 | $5.00 | $50.00 | $100.00 |
| | 21 h | Install 2x4 blocking typically between 2x4s and nail wt 2-16D 12" O.C. Staggered each side typically | | | | | | |
| | | 2x4-8' | 40 lf | $2.06 | $82.40 | $5.00 | $200.00 | $282.40 |
| | 21 j | Install H3 clips from new 4x4 to existing joist | 10 units | $5.00 | $50.00 | $5.00 | $50.00 | $100.00 |
| | 21 k | Install 15/32 thick structural 1 plywood shear panels on one side w/10D @ 6" O.C. all edges, notch plywood @ existing rafters | | | | | | |
| | | structural 1 plywood shear panel | 1 pc | $350.00 | $350.00 | $40.00 | $40.00 | $390.00 |

page 9 of 18

## F # 22 Install Tie-Back connection at East Brick Wall

22 a  Field verify center of eye bolt horizontally and vertically Tie-Back connection before building it and the 1/4" thick plates
22 b  Install 4x4 continuous no splices

| | | Qnty | type unit | Material | unit | Labor | |
|---|---|---|---|---|---|---|---|
| | 4x4x6 | 1 pcs | | $12.00 | $12.00 | $20.00 | $32.00 |

| item | Description | | | | | | subtotal |
|---|---|---|---|---|---|---|---|
| F 22 c | Install 2-1/4" thick x 12" long Bent Plate x 3" x 6-1/4" x 3" wt 2-1/2" x 6" bolts, nuts and washers @ 4x4 and 2-1/2" round threaded rods drilled epoxy in brick min 4" | | | | | | |
| | Bent plates | 2 pcs | $50.00 | $100.00 | $30.00 | $60.00 | $160.00 |
| | 1/2" x 6" bolt, nut and washer | 4 units | $10.00 | $40.00 | $5.00 | $20.00 | $60.00 |
| | 2-1/2"x5" round threaded rods | 4 units | $10.00 | $40.00 | $5.00 | $20.00 | $60.00 |
| | Epoxy | 4 units | $15.00 | $60.00 | $5.00 | $20.00 | $80.00 |
| 22 d | Install LTT20B w/ 2 1/2"x 10" round thru bolts over new 2x4 wood spacer | | | | | | |
| | LTT20B | 1 unit | $20.00 | $20.00 | $20.00 | $20.00 | $40.00 |
| | 1/2"x 10" round thru bolts | 4 unit | $10.00 | $40.00 | $5.00 | $20.00 | $60.00 |
| | 3/4" x 18" thru-bolt, nut and washers | 2 units | $16.00 | $32.00 | $20.00 | $40.00 | $72.00 |
| | over new 2x4 wood spacer | 1 unit | $5.00 | $5.00 | $5.00 | $5.00 | $10.00 |
| 22 e | Install sister 2x6 for length of split beside existing split 2x6 w/2 16D staggered @ 24"O.C. | | | | | | |
| | Nail 3 - 10D per plank into sister 2x6-8' | 1 unit | $16.00 | $16.00 | $32.00 | $32.00 | $48.00 |
| 22 f | Install 3/4" x 18" Galvanized eye bolt with 3" x 3" x 1/4" thick steel washer through new wall into existing split 2x6 and new sister 2x6 and into new LTT20B | | | | | | |
| | 3/4" x 18" Galvanized eye bolt with 3" x 3" x 1/4" thick : | 1 unit | $25.00 | $25.00 | $50.00 | $50.00 | $75.00 |

## F # 23 East Wall Connection at top of existing steel lintel

23 a  Install 4x4 continuous no splice

| | 4x4x6 | 1 pcs | | $12.00 | $12.00 | $20.00 | $32.00 |
|---|---|---|---|---|---|---|---|

23 b  Install 2-1/4" thick x 12" long Bent Plate x 3" x 9-1/2" wt 2-1/2" x 6" bolts, nuts and washers @ 4x4 and 2-1/2" round threaded rods drilled epoxy in brick min 4" in each plate

| | Bent plates | 2 pcs | $50.00 | $100.00 | $30.00 | $60.00 | $160.00 |
|---|---|---|---|---|---|---|---|
| | 1/2" x 6" bolt, nut and washer | 4 units | $10.00 | $40.00 | $5.00 | $20.00 | $60.00 |
| | 2-1/2"x5" round threaded rods | 4 units | $10.00 | $40.00 | $5.00 | $20.00 | $60.00 |
| | Epoxy | 4 units | $15.00 | $60.00 | $5.00 | $20.00 | $80.00 |
| 23 c | Install LTT20B w/ 2 - 1/2" round thru bolts | | | | | | |
| | LTT20B | 1 unit | $20.00 | $20.00 | $20.00 | $20.00 | $40.00 |
| | 1/2"x 10" round thru bolts | 4 unit | $10.00 | $40.00 | $5.00 | $20.00 | $60.00 |
| | 3/4" x 18" thru-bolt, nut and washers | 2 units | $16.00 | $32.00 | $20.00 | $40.00 | $72.00 |

page 10 of 18

| F | # | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Clean work construction area in dining room Daily | | | | | |
| | a | Clean bar contents | 76 lf | $1.50 | $114.00 | | $437.00 |
| | b | Labor to clean | 8 hrs | $7.97 | $63.76 | $4.25 $20.00 | $323.00 $160.00 | $223.76 |
| | c | HEPA Vacuuming | 4 hrs | $42.84 | $171.36 | $20.00 | $80.00 | $251.36 |
| | | | | | | | $5,770.70 |
| | | | | | 8.25% sales tax | | $476.08 |
| | | | | | | | $6,246.78 |
| | | | | | | 10%OH | $624.68 |
| | | | | | | | $6,871.46 |
| | | | | | | 10%P | $687.15 |
| | | | | | | | **$7,558.61** |

NOTE: This repair is Engineer Specific. Pg. 1-6 of attachment "F" of the conceptual repair recommendations. Pg 1 of same attachment "additional verification is required". Therefore a supplement may be required.

| D | # | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Install and remove Protection for pedestrians and glass on sidewalk and entrance | | | | | |
| 26 | a | Charges for scaffolding as needed to access ceiling | 1 | $125.00 | $125.00 | | $125.00 |
| 26 | b | Charges to set up and secure scaffolding | 1 | | | $25.00 | $25.00 | $25.00 |
| 26 | c | 2x4x8 #2 Yellow Pine | 10 | $3.09 | $30.90 | | $30.90 |
| 26 | d | 1x4x8 #2 Yellow Pine | 3 | $2.29 | $6.87 | | $6.87 |
| 26 | e | 4x8x3/8 CD Yellow Pine | 7 | $17.39 | $121.73 | | $121.73 |
| 26 | f | 1x6x8 #2 Yellow Pine | 1 | $7.25 | $7.25 | | $7.25 |
| 26 | g | 1x2x8 #2 Yellow Pine | 4 | $1.89 | $7.56 | | $7.56 |
| 26 | h | Drywall Screws | 1 | $7.57 | $7.57 | | $7.57 |
| 26 | i | Carpenter | 10 | | | $25.00 | $250.00 | $250.00 |
| 26 | j | Labor | 8 | | | $15.00 | $120.00 | $120.00 |
| | | | | | | | 701.88 |
| | | | | | 8.25% sales tax | | $57.91 |
| | | | | | | | $759.79 |
| | | | | | | 10%OH | $75.98 |
| | | | | | | | $835.76 |
| | | | | | | 10%P | $83.58 |
| | | | | | | | **$919.34** |

| D | # | Clean construction area for pedestrians and glass on sidewalk and entrance | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | a | Clean bar contents | $76.00 lf | $1.50 | $114.00 | $4.25 | $323.00 | $437.00 |
| | b | Labor to clean | $8.00 hrs | $7.97 | $63.76 | $20.00 | $160.00 | $223.76 |
| | c | HEPA Vacuuming | $4.00 hrs | $42.84 | $171.36 | $20.00 | $80.00 | $251.36 |
| | | | | | | | | 912.12 |
| | | | | | | 8.25%sales tax | | $75.25 |
| | | | | | | | | $987.37 |
| | | | | | | | 10%OH | $98.74 |
| | | | | | | | | $1,086.11 |
| | | | | | | | 10%P | $108.61 |
| | | | | | | | | $1,194.72 |

| E | | Masonry Painting | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| item | | Description | Qnty | type unit | unit | Material | unit | Labor | subtotal |
| E 28 | | Paint Exterior Masonry wall 26x12 | 384 sf | | $0.50 | $192.00 | $0.75 | $288.00 | $480.00 |
| | | Seal brick with masonry sealer | 147 SF | | $0.64 | $94.08 | $0.75 | $110.25 | $204.33 |
| | a | Set up scaffolding for painting | | | | | | | |
| | b | Scaffolding Setup & take down | 2 hr | | | | $27.84 | $55.68 | $55.68 |
| | c | Scaffold-per section 5x5 | 2 per м | | $48.00 | $96.00 | | $96.00 | $96.00 |
| | | | | | | | | | $836.01 |
| | | | | | | 8.25%sales tax | | | $68.97 |
| | | | | | | | | | $904.98 |
| | | | | | | | | 10%OH | $90.50 |
| | | | | | | | | | $995.48 |
| | | | | | | | | 10%P | $99.55 |
| | | | | | | | | | $1,095.03 |

| F | Temporary Toilet | | | | | |
|---|---|---|---|---|---|---|
| | | 1 mo | 145 | 145 | | $145.00 |
| | | | | | | $145.00 |
| | | | | 8.25% sales tax | | $11.96 |
| | | | | | | $156.96 |
| | | | | | 10%OH | $15.70 |
| | | | | | | $172.66 |
| | | | | | 10%P | $17.27 |
| | | | | | | **$189.92** |

| G | Business Sign | | | | | |
|---|---|---|---|---|---|---|
| a | Detach and Reset | 4 hr | $20.00 | $80.00 | $80.00 $320.00 | $400.00 |
| | | | | | | $33.00 |
| | | | | 8.25% sales tax | | $433.00 |
| | | | | | 10%OH | $43.30 |
| | | | | | | $476.30 |
| | | | | | 10%P | $47.63 |
| | | | | | | **$523.93** |

## K   Dining Ceiling replacement (From insurance inspection)

| item | Description | Qnty | type unit | Material | unit | Labor | subtotal |
|---|---|---|---|---|---|---|---|
| K 1 | Remove contents in dining and kitchen areas | | | | | | |
| a | Manipulation of contents after hrs | 2 hrs | | | $27.84 | $55.68 | $55.68 |
| K 2 | Set up scaffolding to install dust Curtain in dining and kitchen | | | | | | |
| a | Scaffolding  Setup & take down 2 after/hrs each | 2 hr | | | $27.84 | $55.68 | $55.68 |
| b | Scaffold-per section 5x5@2 | 2 per м | $48.00 | $96.00 | | | $96.00 |
| K 3 | Build and Remove Dust curtain in dining and kitchen area | | | | | | |
| a | Protect contents poly 8+8x12 | 384 sf | | $0.13 | $49.92 | $1.30 | $499.20 | $549.12 |
| b | Striping and screws | 32 lf | | $1.00 | $32.00 | $1.00 | $32.00 | $64.00 |
| c | Temporary Repairs–General Labor-after hrs | 8 hrs | | | $41.81 | $334.48 | $334.48 |
| K 4 | Reset ceiling tiles | | | | | | |
| a | Reinstall Tin Ceiling Panels | 16 sf | | material price included in D4a | $4.00 | $64.00 | $64.00 |
| | NOTE: Tin ceiling tiles will be replaced with new tiles created for this project. | | | | | | |
| | NOTE: Tin ceiling tiles are nailed to existing wood stripping. | | | | | | |
| K 5 | Remove and replace Insulation above ceiling tiles | | | | | | |
| a | Remove and replace Insulation | 16 sf | | $1.00 | $16.00 | $2.00 | $32.00 | $48.00 |
| K 6 | Clean work area after ceiling and insulation installation (after hours) | | | | | | |
| a | Clean bar contents after curtin installed | 40 lf | | $1.50 | $60.00 | $4.25 | $170.00 | $69.00 |
| | Clean bar contents after curtin removed | 40 lf | | $1.50 | $60.00 | $4.25 | $170.00 | $69.00 |
| b | Labor to clean after curtin installed | 6 hrs | | $7.97 | $47.82 | $20.00 | $120.00 | $167.82 |
| | Labor to clean after curtin removed | 6 hrs | | $7.97 | $47.82 | $20.00 | $120.00 | $167.82 |
| c | HEPA Vacuuming after curtin installed | 6 hrs | | $42.84 | $257.04 | $20.00 | $120.00 | $251.36 |
| | HEPA Vacuuming after curtin removed | 6 hrs | | $42.84 | $257.04 | $20.00 | $120.00 | $251.36 |
| | | | | | | | $2,243.32 |
| | | | | | 8.25%sales tax | | $185.07 |
| | | | | | | | $2,428.39 |
| | | | | | | 10%OH | $242.84 |
| | | | | | | | $2,671.23 |
| | | | | | | 10%P | $267.12 |
| | | | | | | | **$2,938.36** |

## Attic ceiling tile replacement 1 ceiling tile and Paint(From insurance inspection)

| item | Description | Qnty | type unit | Material | unit | Labor | subtotal |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| a | Manipulation of contents after hrs | | | | | | |
| | 2 laborers 8hrs | 16 hrs | | | $27.84 | $445.44 | $445.44 |
| b | Temporary storage 8x40 | 1 wk | | $245.00 | | | $245.00 |
| c | Reinstall Tin Ceiling Panels | 16 sf | | material price included in D4a | $4.00 | $64.00 | $64.00 |
| | NOTE: Tin ceiling tiles will be replaced with new tiles created for this project. | | | | | | |
| | NOTE: Tin ceiling tiles are nailed to existing wood stripping. | | | | | | |
| | Remove and replace Insulation above ceiling tiles | | | | | | |
| d | Remove and replace Insulation | 4 sf | | $0.50 | $2.00 | $8.00 | $10.00 |
| e | Paint Ceiling tiles 25x16.66 @ 12' AFF | 416.5 sf | | $0.50 | $1.50 | $208.25 | $624.75 | $3,933.00 |

| item | Description | Qnty | type unit | Material | unit | Labor | subtotal |
|---|---|---|---|---|---|---|---|
| 2 | Clean work area after attic ceiling painting | | | | | | |
| f | Labor to clean 3 laborers 6 hrs each | 18 hrs | | $7.97 | $20.00 | $143.46 | $360.00 | $503.46 |
| g | HEPA Vacuuming | 6 hrs | | $42.84 | $20.00 | $257.04 | $120.00 | $377.04 |
| | | | | | | | $5,577.94 |
| | | | | 8.25%sales tax | | | $460.18 |
| | | | | | | | $6,038.12 |
| | | | | | | 10%OH | $603.81 |
| | | | | | | | $6,641.93 |
| | | | | | | 10%P | $664.19 |
| | | | | | | | $7,306.13 |

page 15 of 18

| M | Dumpster | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 40 CY Dumpster | 1 load | $650.00 | $650.00 | | | | |
| | | | | | 8.25% sales tax | | | $53.63 |
| | | | | | | | | $703.63 |
| | | | | | 10% OH | | | $70.36 |
| | | | | | | | | $773.99 |
| | | | | | 10% P | | | $77.40 |
| | | | | | | | | **$851.39** |

\*\* NOTE: \*\* B5 $400.00 is not included in this total

## Supplemental Structural Repairs
### Install shoring inside dining area

| item | Description | Qnty | type unit | Material | unit | Labor | subtotal |
|---|---|---|---|---|---|---|---|
| N 1 | Remove contents in dining and kitchen areas | | | | | | |
| a | Manipulation of contents after hrs | 4 hrs | | | $27.84 | $111.36 | $111.36 |
| N 2 | Set up scaffolding to install dust Curtain in dining and kitchen | | | | | | |
| a | Scaffolding Setup & take down 2 after/hrs each | inc C7 | hr | | | | $0.00 |
| b | Scaffold-per section 5x5@2 | inc C7 | per u | $48.00 | $96.00 | $27.84 | $55.68 | $0.00 |
| N 3 | Build Dust curtain in dining and kitchen area | | | | | | |
| a | Protect contents poly 12+10x13 incld C8 | -286 sf | | | | | |
| | Protect contents poly 12+10x13 | 286 sf | | | | | |
| | Protect contents poly 27.5 x10 | 357.5 sf | | | | | |
| | | 643.5 sf | | $83.66 | $1.30 | $836.55 | $920.21 |
| b | Striping and screws | 78 lf | | $78.00 | $1.00 | $78.00 | $156.00 |
| c | Temporary Repairs-General Labor-after hrs | 6 hrs | | | $41.81 | $250.86 | $250.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | **Detach and replace ceiling tiles to allow access and shoring** | | | | | |
| a | Remove and reinstall Tin Ceiling Panel in C9 | -96 sf | | | | |
| | *Custom Ceiling Tile Order includes:* | | | | | |
| | Replication fee | | *$600.00* | | | |
| | Base Order Custom 2x2 to match existing | 35 pcs | *$45.60* | | | |
| | Remove and replace Tin Ceiling Panel in C9/96 sf | 24 pcs | | | | |
| | Attic ceiling L1          16 sf | 2 pcs | | | | |
| | Dining Ceiling replacement K4    16 sf | 2 pcs | | | | |
| | remaining | 6 pcs | | | | |
| | Tile placement: 27.5' x 10'  = 275 sf | | | | | |
| | C9 area                 -96 sf | | | | | |
| | 179 sf / 4 sf per tile= 44.75 tiles | 45 pcs | | | | |
| b | additional pcs needed not included in Base Order | 39 pcs | $45.60 | $1,778.40 | $8.00 | $312.00 |
| | Base Order Custom 1x2 to match cove | 15 pcs | *$51.31* | | | |
| | C9 area | 11 pcs | | | | |
| | remaining | 4 pcs | | | | |
| | 10 + 27.5 + 10 x 4' lf of coved ceiling Panels 1x2 | 95 pcs | | | | |
| c | additional pcs needed not included in Base Order | 91 pcs | $51.31 | $4,669.21 | $8.00 | $728.00 |
| | NOTE: Tin ceiling tiles are nailed to existing wood stripping. | | | | | |
| | This price does not include replacing any stripping | | | | | |
| 5 | **Remove and replace Insulation above ceiling tiles** | | | | | |
| a | Remove and replace Insulation | 179 sf | $1.20 | $214.80 | $1.85 | $331.15 |
| 6 | **Install and remove shoring of ceiling joist** | | | | | |
| a | Install 6 - 2x4 plates 12'( 2-12' walls) | 72 lf | $2.06 | $148.32 | $0.00 | $0.00 |
| b | Install 2x4-14' studs 16" on Center( 2-12' walls) | 21 pcs | $28.84 | $692.16 | $0.00 | $0.00 |
| c | Install 2x4 plates ( 1-27.5' wall) | 165 lf | $2.06 | $339.90 | $0.00 | $0.00 |
| d | Install 2x4-14' studs 16" on Center( 2-12' walls) | 24 pcs | $28.84 | $692.16 | $0.00 | $0.00 |
| e | Install 2-2x6 headers @ 1 location | 2 pcs | $13.68 | $27.36 | | |
| f | Carpenter After hrs | 12 hrs | | | $27.84 | $334.08 |
| g | Labor After hrs | 12 hrs | | | $27.84 | $334.08 |

| | |
|---|---|
| | $2,090.40 |
| | $5,397.21 |
| | $545.95 |
| | $148.32 |
| | $692.16 |
| | $339.90 |
| | $692.16 |
| | $27.36 |
| | $334.08 |
| | $334.08 |

page 17 of 18

N 7 Sistering of existing bowed diagonal 2x6 members
a  2x6-14                                        10 pcs   38.45   $384.50              $384.50
b  Bridging 2x6-14                                4 pcs   38.45   $153.80              $153.80
c  Anchors                                        4 pcs
   2-1/2"x5" round threaded rods                  4 units  $10.00  $40.00    $5.00      $60.00
   Epoxy                                          4 units  $15.00  $60.00    $5.00      $80.00
   Raise existing joist to match existing
   Carpenter After hrs                           12 hrs                    $27.84      $334.08
   Labor After hrs                               12 hrs                    $27.84      $334.08
                                                                                    $13,386.51
   Note: This estimate is subject to change as work progresses       8.25% sales tax   $1,104.39
   assuming the structural damage is limited to the first ten                        $15,837.35
   foot. Therefore, supplements may be required.                           10% OH     $1,583.74
                                                                                    $17,421.09
                                                                          10% P       $1,742.11
                                                                                    $19,163.20

O  Replace damaged ceiling tiles and insulation in dining and attic areas
   (Damaged ceiling tiles are within the area 16' from the East wall and from 10' from the South wall to the North wall
   and the area 16' wide down the east wall and 16' wide across the back wall)
   East wall ceiling 16x68=           1088 sf
   North wall ceiling (26'-16')=10' x 16'=  160 sf
                                     1248 sf

N  Install shoring inside dining area
O  item Description                              Qnty   type unit  Material  unit    Labor        subtotal
O  1   Remove contents in dining and kitchen areas
   a   Manipulation of contents after hrs        48 hrs                              $27.84  $1,336.32  $1,336.32
   b   Temporary storage 8x40                     1 mo   $645.00   $645.00                              $645.00
   2   Set up scaffolding to remove and install Ceiling tiles in dining and kitchen
   a   Scaffolding  Setup & take down 2 after/hrs each  inc C7  hr                   $27.84    $55.68     $0.00
   b   Scaffold-per section 5x5@2                       inc C7  per w  $48.00  $96.00                     $0.00

4  **Detach and replace ceiling tiles to allow access and shoring**
a  Remove and reinstall Tin Ceiling Panel
   1248 sf
   Custom 1x2 cove tile to match existing   200 tiles   $51.31  $10,262.00   $8.00  $1,600.00   $11,862.00
   Custom 2x2 to match existing              212 tiles   $45.60  $9,667.20    $8.00  $1,696.00   $11,363.20
   NOTE: Tin ceiling tiles are nailed to existing wood stripping.
   This price does not include replacing any stripping

5  Remove and replace Insulation above ceiling tiles
a  Remove and replace Insulation
   1248 sf                                              $1.20  $1,497.60   $1.85  $2,308.80   $3,806.40

Pg 3 paragraph 1 of supplemental Structural Assessment. 3/20/15
As a result of the water test it was found the water
ran through the building and all along the back wall. Once repairs
begin further damage may be found requiring a supplement
to this work.

|  |  |
|---|---|
|  | $29,012.92 |
| 8.25% sales tax | $2,393.57 |
|  | $31,406.49 |
| 10% OH | $3,140.65 |
|  | $34,547.13 |
| 10% P | $3,454.71 |
|  | $38,001.85 |

Note: This Estimate is subject to increase in cost if there is
additional damage found during repairs or construction.

Total   $122,321.95