IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALKER'S SODA SHOP, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 4:15-cv-3573 |
| § | | |
| ALLIED PROPERTY AND § | | |
| CASUALTY INSURANCE COMPANY, § | | |
| *Defendant*. § | | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Walker's Soda Shop ("Plaintiff") and Defendant Allied Property and Casualty Insurance Company ("Defendant") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff filed suit against Defendant related to insurance claims for property damage and business interruption losses.

2. Plaintiff and Defendant have reached a settlement of all claims.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

Kevin R. Knight
Texas Bar No. 11601400
Roger Knight, Jr., Inc.
Attorney at Law
P.O. Box 925
Madisonville, Texas 77864
Telephone (936) 348-3543
Facsimile (936) 348-5433

**ATTORNEY FOR WALKER'S SODA SHOP**

Patrick M. Kemp
Texas Bar No. 24043751
Southern District Bar No. 1117137
pkemp@smsm.com
Robert R. Russell
Texas Bar No. 24056246
Southern District Bar No. 876504
rrussell@smsm.com
SEGAL MCCAMBRIDGE SINGER & MAHONEY
100 Congress Ave., Suite 800
Austin, Texas 78701
Telephone (512) 476-7834
Facsimile (512) 476-7832

**ATTORNEYS FOR ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 24th of February, 2016 to:

Mr. Kevin R. Knight
Roger Knight, Jr., Inc.
Attorney At law
P.O. Box 925
Madisonville, Texas 77864

/s/ Patrick M. Kemp
Patrick M. Kemp